JOSÉ MARÍA SOLÍS MARTINÓ, demandante y apelante, *v.* MANUEL CASTRO ORIAZABALA, demandado y apelado.

No. 3978.—*Visto:* Febrero 14, 1927. *Resuelto:* Febrero 25, 1927.

INJUNCTION—MATERIAS OBJETO DE PROTECCIÓN Y REMEDIO—INJUNCTION PARA RE-COBRAR POSESIÓN—COSTAS.—Declarada con lugar, en apelación, una petición de *injunction* para recobrar la posesión de propiedad inmueble, deben imponerse las costas a los demandados por precepto imperativo del artículo 5 de la Ley No. 43 de 1913 (p. 85).

MOCIÓN SOBRE RECONSIDERACIÓN DE SENTENCIA. *Reconsiderada* la sentencia en su pronunciamiento sobre costas.

*Antonio L. López,* abogado del apelante; *Joaquín Vendrell,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

En este caso se dictó sentencia en diciembre 23, 1926, revocando la de la corte inferior y declaramos con lugar una petición de *injunction* para recobrar la posesión de propiedad inmueble, haciendo el pronunciamiento "sin especial condenación de costas" (*pág. 105*).

El apelante solicitó posteriormente la reconsideración de nuestra sentencia sólo en cuanto al particular de las costas, alegando que éstas se deben imponer al demandado por ministerio de la ley.

Se acordó una audiencia para oir a las partes y fué señalada para febrero 14, 1927. El apelante compareció por escrito e insistió en su petición.

La sección 5ª de la Ley No. 43, aprobada en marzo 13, 1913, dice:

"La Corte dictará sentencia sin demora indebida. Se impondrán las costas a la parte contra la cual se dictare sentencia."

En el caso de *Ortiz* v. *Silva et al.,* 28 D.P.R. 418, se interpretó dicha sección y después de transcribirse, esta corte dijo: "La ley es clara y no necesita ser interpretada. Habiéndose dictado sentencia contra los demandados debieron imponérseles las costas por precepto imperativo de la ley, y procede por tanto la revocación de dicha sentencia en la parte en que ha sido apelada por el demandante."

El caso reciente de *El Pueblo* v. *Oms,* 35 D.P.R. 757, por analogía es también de aplicación.

Por todo lo expuesto, *debemos reconsiderar la sentencia de diciembre 23, 1926, y modificarla imponiendo las costas al demandado.*